UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-                                  ORDER

                                                      Docket No. 17 CR 00202 (KMK)

Alex Ayala,

           Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

      Margaret Shalley, Esq., is to assume representation of the defendant in the above captioned matter nunc pro tunc as of June 26, 2020. Ms. Shalley is appointed pursuant to the Criminal Justice Act. Her address is Margaret M. Shalley & Associates, LLC, 225 Broadway, Suite 715, New York, NY 10007, phone number (212) 571-2670; Email: margaretshalley@aol.com

                                                           SO ORDERED

                                                           KENNETH M. KARAS
                                                           UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
           July 8, 2020