# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

June 3, 2021

**VIA ECF & EMAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *U.S. v. Alex Ayala*
17 Cr. 202 (KMK)

Dear Judge Karas:

I represent Alex Ayala in the above-referenced matter. Mr. Ayala's re-sentencing is currently scheduled for June 8, 2021. The purpose of this letter is to respectfully request a two-week adjournment of the sentencing date. Counsel has attempted to schedule a legal call with Mr. Ayala through his counselor at Fort Dix three times and has not received a response. An adjournment of two weeks would provide counsel sufficient time to prepare Mr. Ayala for his re-sentencing and to discuss waiving his physical appearance. This is Mr. Ayala's first request for an adjournment of his sentencing and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the re-sentencing date for two weeks, to the week of June 28, 2021, or a date that is convenient to the Court

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley, Esq.

cc: All counsel (*via ECF & email*)

*Granted. The sentence will go forward on Wednesday, June 30, 2021 at 2:00 PM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/4/2021