Probation Form No. 35
(1/92)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                    Docket No. S2 17-CR-00202-01 (KMK)

Alex Ayala

On August 11, 2022, the above-named was placed on Supervised Release for a period of three (3) years. Mr. Ayala has complied with the rules and regulations of Supervised Release and we believe that an immediate termination of supervision is warranted. It is accordingly recommended that his Supervised Release be terminated, effective the date of this order.

Respectfully submitted,

by  *Lauren Blackford*

Lauren M. Blackford
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Alex Ayala be granted an immediate termination of Supervised Release.

Date this ____18th____ day of ____November_____ , 20_24___ .

*Kenneth M. Karas*

Honorable  Kenneth M. Karas
U.S. District Judge